AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duffey, Jr., William S. | Northern District of Georgia | 12/26/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court - Active | ___ Nomination   Date<br>___ Initial   ✓ Annual   ___ Final<br><br>5b. ✓ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1721 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair of the Board of Directors | Atlanta Track Club |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Simon & Schuster - royalties from copyrights |
| 2. | 2016 | Penguin Group (USA) Inc. - royalties from copyrights |
| 3. | 2016 | Self-employed writer |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University School of Law | 10/27/2016 - 10/28/2016 | Arlington, VA | Non-FJC educational seminar or program | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Account #2 (H)******** | | | | | | | | | |
| 2. | -MS Bank Deposit Program | A | Interest | | | Closed | 11/14/16 | K | | |
| 3. | -Charles Schwab Deposit Accounts | A | Interest | K | T | Open | 11/17/16 | K | | |
| 4. | -Blackrock Global Allocation C | | None | | | Sold | 12/05/16 | L | D | |
| 5. | -Franklin Mutual Quest C (formerly Franklin Mutual Recovery C) | C | Dividend | L | T | | | | | |
| 6. | | B | Distribution | | | | | | | |
| 7. | -Invesco VK Amer Franchise C | B | Distribution | K | T | | | | | |
| 8. | -Invesco Developing Markets C | | None | | | Sold | 12/05/16 | K | C | |
| 9. | -Lord Abbett SHT Duration Inc C | A | Dividend | | | Sold | 12/05/16 | K | | |
| 10. | -Vanguard Dividend Appreciation | A | Dividend | M | T | Buy | 12/05/16 | M | | |
| 11. | IRA #1 (H)**** | | | | | | | | | |
| 12. | Federal National Mtg Assn Pool 357952 | A | Interest | J | T | | | | | |
| 13. | | A | Distribution | | | | | | | |
| 14. | -MS Bank Deposit Program | A | Interest | | | Closed | 11/14/16 | J | | |
| 15. | -Charles Schwab Deposit Accounts | A | Interest | K | T | Open | 11/15/16 | J | | |
| 16. | -Goldman Sachs Group Inc | A | Interest | | | Redeemed | 10/03/16 | J | A | |
| 17. | -Marathon Oil Corp | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Verizon Communications | A | Interest | J | T | | | | | |
| 19. -Glaxosmithkline Cap Inc | A | Interest | J | T | | | | | |
| 20. -Mondelez International | A | Interest | J | T | | | | | |
| 21. -AT&T Inc | A | Interest | J | T | | | | | |
| 22. -Boeing Co | A | Interest | J | T | | | | | |
| 23. -CVS Caremark Corp | A | Interest | | | Redeemed | 04/21/16 | J | A | |
| 24. -Indiana Michigan Power | A | Interest | J | T | | | | | |
| 25. -Altria Group Inc | A | Interest | J | T | | | | | |
| 26. -Barrick North America Finance LLC | A | Interest | J | T | | | | | |
| 27. -Metlife Inc | A | Interest | J | T | Buy | 05/03/16 | J | | |
| 28. -Franklin Income C | D | Dividend | | | Sold | 12/05/16 | M | E | |
| 29. -Invesco Equal Wghtd S&P 500 C | | None | | | Sold | 12/05/16 | M | F | |
| 30. -JPMorgan Total Return FD | A | Dividend | L | T | Buy | 12/22/16 | K | | |
| 31. -DFA US Core Eqty 1 Port Instl | A | Dividend | M | T | Buy | 12/05/16 | M | | |
| 32. | A | Distribution | | | | | | | |
| 33. -Vanguard Div Growth FD Investor | B | Dividend | M | T | Buy | 12/05/16 | L | | |
| 34. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -AIP ABSLT RTNSTS (Y)**** | | | | | | | | | |
| 36.  IRA #4 (H)**** | | | | | | | | | |
| 37.  -AIP ABSLT RTNSTS**** | | None | M | T | Spinoff (from line 35) | 11/15/16 | M | | |
| 38.  IRA #2 (H)******* | | | | | | | | | |
| 39.  -MS Bank Dep Program | A | Interest | | | Closed | 11/15/16 | J | | |
| 40.  -Renasant Corp (formerly Keyworth Bank) (Y)******* | | | | | | | | | |
| 41.  -AIP ABSLT RTNSTS | | None | M | T | | | | | |
| 42.  Roth IRA #1 (H)******** | | | | | | | | | |
| 43.  -Invesco Growth & Income C | A | Dividend | | | Sold | 11/22/16 | J | B | |
| 44.  -Ishares Core Dividend | A | Dividend | J | T | Buy | 11/22/16 | J | | |
| 45.  Roth IRA #2 (H)******** | | | | | | | | | |
| 46.  -Invesco VK Growth & Income C | A | Dividend | | | Sold | 11/22/16 | J | A | |
| 47.  -Ishares Core Dividend | A | Dividend | J | T | Buy | 11/22/16 | J | | |
| 48.  Brokerage Account #1 (H)***** | | | | | | | | | |
| 49.  -MS Bank Deposit Program | A | Interest | | | Closed | 11/17/16 | K | | |
| 50.  -Charles Schwab Deposit Accounts | A | Interest | L | T | Open | 11/17/16 | L | | |
| 51.  -One GA Bk (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Q2 Hldgs Inc | | None | | | Donated | | | | |
| 53. -Thornburg Inv Inc Builder C | B | Dividend | | | Sold | 12/05/16 | L | A | |
| 54. -MS Bank Deposit Program | A | Interest | | | Closed | 11/17/16 | J | | |
| 55. -IShares MSCI EAFE ETF | | None | | | Sold | 02/03/16 | J | | |
| 56. -Ishares Russel 2000 Growth Fd | | None | | | Sold | 02/01/16 | J | A | |
| 57. -Ishares Russel 2000 Value Fd | | None | | | Sold | 02/01/16 | J | A | |
| 58. -Ishares Russel Midcap G In Fd | A | Dividend | J | T | | | | | |
| 59. -Ishares Russel Midcap V In Fd | A | Dividend | L | T | Buy (add'l) | 12/05/16 | L | | |
| 60. -Ishares S&P 500 GRWTH Index | A | Dividend | K | T | | | | | |
| 61. -Ishares S&P 500 Value Index | A | Dividend | K | T | | | | | |
| 62. -American Tax-Exempt BD FD F2 | A | Interest | | | Sold | 12/05/16 | J | | |
| 63. -Blackstone Alt Mult-Strat Inst | | None | | | Sold | 12/05/16 | J | A | |
| 64. -Franklin Fed Intm Trm Txfr Adv | A | Dividend | | | Sold | 12/05/16 | J | | |
| 65. -MFS International Value I | | None | | | Sold | 12/05/16 | K | A | |
| 66. -MFS Municipal LTD Maturity | A | Int./Div. | | | Sold | 12/05/16 | J | | |
| 67. -Oakmark International I | | None | | | Buy (add'l) | 02/03/16 | J | | |
| 68. | | | | | Sold | 11/23/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Tortise MLP & Pipeline Inst | A | Dividend | J | T | | | | | |
| 70. Vanguard Total Stock Market | A | Dividend | L | T | Buy | 11/23/16 | K | | |
| 71. -Virtus Insight Emrg. Mkts. I | | None | | | Sold | 12/05/16 | J | | |
| 72. IRA #3 (H)****** | | | | | | | | | |
| 73. -Morgan Stanley Bank Deposit Program | A | Interest | | | Closed | 11/15/16 | J | | |
| 74. -Charles Schwab Deposit Accounts | A | Interest | L | T | Open | 11/16/16 | J | | |
| 75. -Ishares Russell 2000 Growth FD | | None | | | Sold | 02/01/16 | K | D | |
| 76. -Ishares Russell 2000 Value FD | | None | | | Sold | 02/01/16 | K | B | |
| 77. -Ishares Russell Midcap G In FD | A | Dividend | | | Sold | 12/05/16 | L | E | |
| 78. -Ishares Russell Midcap V In FD | B | Dividend | | | | | | | |
| 79. -Ishares S&P 500 GRWTH Index | C | Dividend | | | Sold (part) | 12/05/16 | L | E | |
| 80. -Ishares S&P 500 Value Index | C | Dividend | | | Buy (add'l) | 02/01/16 | K | | |
| 81. | | | | | Sold | 12/05/16 | M | F | |
| 82. -Blackstone Alt Mult-Strat Inst | | None | | | Sold | 12/05/16 | L | A | |
| 83. -John Hancock Invmt Grd BD I (Y)****** | | | | | | | | | |
| 84. -Lord Abbett SHT Duration Inc F | C | Dividend | | | Sold | 12/05/16 | L | | |
| 85. -Metropolitan West tot Ret Bd I | B | Dividend | | | Sold | 12/05/16 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -MFS International Value I | | None | | | Sold | 12/05/16 | M | B | |
| 87. -Oakmark Internatl I | B | Dividend | | | Sold | 12/05/16 | M | | |
| 88. -Tortise MLP & Pipeline Inst | A | Dividend | | | Sold | 12/05/16 | L | | |
| 89. -Virtus Insight Emrg Mkts I | | None | | | Sold | 12/05/16 | L | | |
| 90. -Renasant Corp (formerly Keyworth Bank) | B | Dividend | L | T | Spinoff (from line 40) | 11/16/16 | L | | |
| 91. -Baird Aggregate Bond | | None | L | T | Buy | 12/28/16 | K | | |
| 92. -Doubleline Total Return Bond | A | Dividend | M | T | Buy | 12/22/16 | M | | |
| 93. -Pimco Income Inst Cl | A | Dividend | L | T | Buy | 12/22/16 | L | | |
| 94. -First Eagle Overseas Fund Cl I | B | Dividend | M | T | Buy | 12/05/16 | M | | |
| 95. | C | Distribution | | | | | | | |
| 96. -Matthews Asia Dividend Fund | A | Dividend | L | T | Buy | 12/05/16 | L | | |
| 97. | A | Distribution | | | | | | | |
| 98. -Tweedy Browne Global Value Fund | A | Dividend | L | T | Buy | 12/05/16 | K | | |
| 99. | A | Distribution | | | | | | | |
| 100. -Vanguard Div Growth Fd Investor | B | Dividend | M | T | Buy | 12/05/16 | L | | |
| 101. | A | Distribution | | | | | | | |
| 102. -Boston Partners Long Short Eq | | None | L | T | Buy | 12/22/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -FPA Crescent Fund Inst Cl | | None | L | T | Buy | 12/22/16 | L | | |
| 104. -UBS E TRACS Alerian MLP | | None | M | T | Buy | 12/05/16 | L | | |
| 105. -Vanguard Dividend Appreciation | A | Dividend | M | T | Buy | 12/05/16 | M | | |
| 106. IRA #5 (H)****** | | | | | | | | | |
| 107. -John Hancock Invmt Grd BD I ****** | B | Dividend | L | T | Spinoff (from line 83) | 11/16/16 | L | | |
| 108. NW Mutual Estate CompLife | | None | M | T | | | | | |
| 109. John Hancock Life Insurance | | None | L | T | | | | | |
| 110. C & B Capital II, L.P. * | A | Interest | K | U | | | | | |
| 111. | E | Distribution | | | | | | | |
| 112. CB Liquidating ** | C | Distribution | J | U | | | | | |
| 113. C & B Capital III, L.P. *** | | None | J | U | | | | | |
| 114. Betsy Byars, Inc. | B | Royalty | J | W | | | | | |
| 115. | C | Dividend | | | | | | | |
| 116. Gold coins | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Duffey, Jr., William S. | 12/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

*Ownership interest percentage is 0.594717%.  During the reporting period, C&B Capital II, L.P. held interests in the following companies:
  - BPG Holdings, LLC (Escrow)
  - Brand Group Holdings, Inc.
  - Brightree, LLC
  - Cartera Commerce, Inc.
  - Controlscan, Inc.
  - Healthcare Solutions, Inc. (Escrow)
  - Navitas Lease Finance Corp.
  - PMW Technologies, Inc. d/b/a PeopleMatter
  - REACH Health, Inc.
  - SnagAJob.com, Inc.
  - CB Network Holdings, Inc. d/b/a cbanc Network
  - Computex Technology Solutions, Inc.
  - SAJ Shift Corp

**Ownership interest percentage is 0.261214%.  During the reporting period, C&B Liquidating, LLC. held interests in the following companies:
  - Global Care, Inc
  - Liaison Technologies, Inc.

***Ownership interest percentage is 0.740502%. During the reporting period, C&B Capital III, L.P. held interests in the following companies:
  - Brand Group Holdings, Inc.
  - Capital Confirmation, Inc.

****All investments in IRA #1 were transferred to a new brokerage firm in November except for AIP ABSLT RTNSTS which remained with the prior Brokerage Firm. IRA #4 was added to account for this investment being held in a seperate account.

***** Brokerage Account #1 combined with Brokerage Account #3 when the accounts were transferred in their entirety to a new brokerage firm in November. The combined accounts are labeled Brokerage Account #1 and the prior header of Brokerage Account #3 has been deleted.

******IRA #3 transferred to a new brokerage firm in November except for John Hancock Invmt Grd BD I, which remained with the prior brokerage firm. IRA #5 has been added to account for this investment which remains in a seperate brokerage account.

*******IRA #2 transferred all of its investments except for AIP ABSLT RTNSTS to IRA #3 in November which is held in new brokerage firm.

********(Brokerage Accounts were transferred to a new brokerage firm in November 2016. Accounts transfering entirely with no change in assets were Brokerage #2, Roth IRA #1, and Roth IRA #2)

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 12/26/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William S. Duffey, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544